Ex Parte.

TR. Ct. No. 2012CR2293-W1

Raymond Daniels Jr.

48,289-08

## Findings of Facts for the Court to Consider.

NOW Comes Raymond Daniels Jr, Applicant in the above Styled and numbered Cause, and would Show the following

I.

1). Applicant Argues that the findings of facts, and Conclusions of LAW Presented by the 290th Judicial District Court of Bexar County Texas, Signed by the Honorable Judge Melisa Skinner, is not accurate and misleading to the Court of Criminal Appeals.

A. Ineffective assistance of Counsel; Trial Counsel has a duty to make Adequate Investigation; Also Counsel has a duty to make proper investigation and Prepare fore trial, See Ex Parte Dunham 650 Sw.2d 825-827, Tex. Crim. App. (1983).

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 03 2015
Abel Acosta, Clerk

B. AN ECANOMIC decision to not fully investigate is neither a Strategic NOR reasonable decision. Ex Parte Briggs - 187 - S.W. 3d, 458. 467. 468. (Tex. crim. App. 2005.).

C. Counsels failure to show a legitimate Subpoena Process of witness Juan Rosas who was the Driver of the vehicle on the night of NOV. 11 2011, is a violation of 6th Amendment Compulsory Process.

D. Applicant Argues that he sent 2 letters of Complaints to the Honorable Judge Melisa Skinner, letters Dated October 1st 2012, and January 13. 2013, See Exhibits-A and B. in Applicants Memorandum of Law Presented with his Post-conviction Writ. Also Exhibits were mailed to the Honorable Abel Acosta, Clerk of Court of Criminal Appeals Oct. 29th 2015.

E. Applicant Argues he Pleaded for 6 months with the 290th District Court for a invesitgator to collect valuble information concerning the traffic stop, and citations written by S.A.P.D. Officers who made the illegal stop, search of cell Phone, and search of Person. See Exhibits A - B - C.

Pg 2

F. Applicant Argues that the only Police Report written to the incident and Arrest, is listed as Exhibit-D also Presented In the Original Post Conviction Writ Art. 11.07 filed with the District Clerk November 17th 2014, and also Sent to Court of Criminal Appeals Clerk Abel Acosta on October 29th 2015.

2nd col.

1. This offense Report Written by officer Felipe Ramos is evidence that he did Not Search Applicant, and that W-1 who is officer D. Tritley #0563, Question, Search applicants cell phone and Search Applicants coat, and body and found a 40 caliber handgun.

2.) Counsel James V. Tocci was ineffective for Not Filing a Pre-Trial Hearing motion, to argue the Motion to Suppress that was filed August 3rd 2012, due to the violations of Applicants 4th 5th 6th 14th Amendment Rights under the United States Constitution.

3.) Applicant Argues that for months the Court Appointed attorney Refuse to visit Applicant or Except his phone calls; and would Never ask the 290th Court for a Investigator, Neither did he file a Writ of Subpoena for witness Juan Rosas.

pg 3.

## Argument of facts

1. Applicant Argues that a criminal defendant is not allow access to all Investigation Reports Made by the states attorney or Arresting officers, and that the only Offense Report written by officers on the Scene that was available to the Public is Exhibit-D. which is offense Report written by Officer felipe Ramos who did not find the weapon or Make the Arrest...

## Conclusions of Law

1. San Antonio Texas Police Department Manuall is available thru West-Law internet services. Rule #16 states that the officer who makes the arrest must file a Proper Report, these Rules are govern by Texas Local Government code sec.143.051, sec. 143.008, sec. 311.005., Making the Rules and Regulations Promulgated by police, upon the Completion of certain Procedural steps, Also officers violating these Rules, violates the laws of the state of Texas,

Pg 4.

## Prayer

Wherefore Premises Considered Applicant Prays to the Court of Criminal Appeals for Relief from this illegal confinement to face the original indictment OR order the 290th District Court Judge Melisa Skinner for a Evidentiary hearing to Produce the offense Reports by Officer D. Tritley #0563 to upheld Applicants 5th 14th Amendment Rights to Due Process and a Fundamentally Fair Trial.

*Raymond Daniel Jr.*

Pro-Se

## Unsworn Declaration

I Raymond Daniels Jr state that the following statements are True and Correct to the best of my knowledge

*Raymond Daniel,*